RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARTIN H. NOVILLO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Martin_Novillo@fd.org

Attorney for Charles Anthony Putnam

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ANTHONY PUTNAM,<br><br>DEFENDANT. | Case No. 2:24-mj-01001-MDC<br>ORDER GRANTING **STIPULATION TO CONTINUE BENCH TRIAL FOR ENTRY OF A PLEA**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Martin H. Novillo, Assistant Federal Public Defender, counsel for Charles Anthony Putnam, that the bench trial scheduled for May 7, 2025 at 9:00 a.m., be vacated and continued to May 8, 2025 at 9:30 a.m.

The Stipulation is entered into for the following reasons:

1. Defense counsel is unable to attend the May 7, 2025 hearing due to unforeseen scheduling conflicts.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to accommodate defense counsel's scheduling conflict.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED this May 5, 2025

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAH CHATTAH<br>United States Attorney |
| By /s/ Martin H. Novillo<br>MARTIN H. NOVILLO<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br><br>KADEY FRANCIS HIGINIO,<br>        Defendant. | Case No. 2:24-mj-01002-MDC<br><br><u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Defense counsel is unable to appear at the May 7, 2025 hearing due to unforeseen scheduling conflicts.

2.    The defendant is out of custody and does not object to the continuance.

3.    The parties agree to the continuance.

4.    The additional time requested herein is not sought for purposes of delay, but merely to accommodate defense counsel's scheduling conflicts.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled for May 7, 2025, at the hour of 9:00 a.m., be vacated and continued to May 8, 2025 at 9:30 a.m. for entry of a plea.

DATED this  6th  day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE